IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SAMUEL SIR-NICHOLAS ZEIGLER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-018
)
GEORGIA DEPARTMENT OF )
CORRECTIONS and GEORGIA )
BOARD OF PARDONS AND )
PAROLES, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's 42 U.S.C. § 1983 case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA